IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KEVIN FUSCO,                ) | |
|                             ) | |
|     Petitioner,             ) | |
|                             ) | CIVIL ACTION NO. |
|     v.                      ) |   2:18cv839-MHT |
|                             ) |       (WO) |
| DONALD J. TRUMP,            ) | |
| President, et al.,          ) | |
|                             ) | |
|     Respondents.            ) | |

OPINION AND ORDER

It is ORDERED that petitioner's objection (doc. no. 3) to the order of the United States Magistrate Judge is overruled, and his request for an Article III judge to handle all matters in this case (doc. no. 3) is denied.

Pursuant to 28 U.S.C. § 636(b)(1) and (3), the magistrate judge has been designated by this court to enter orders on certain pretrial matters and to enter proposed findings of fact and a recommendation to the district judge for disposition of the petition.  The district judge will decide whether to adopt the

recommendation after hearing objections from the petitioner and/or respondents. The provisions requiring the parties to consent to a magistrate judge's jurisdiction do not apply when the district judge retains final authority to decide the case.

DONE, this the 9th day of October, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE