UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANK EDWIN PATE
THOMAS BOWMAN
DAVID WEBB
KEVIN FUSCO,

*2018 OCT 23 A 9:29*

*DEBRA P. HACKETT, CLK*
*U.S. DISTRICT COURT*
*MIDDLE DISTRICT AL*

VS

No: 18-cv-0839 ✓
18-cv-0840
18-cv-0841
18-cv-0866

PRESIDENT DONALD TRUMP, ET AL.,

OBJECTIONS FOR THE RECORDS

PETITIONERS, hereby enter the following objections to the records, of each
related case:

1) On 17 Otober 2018, Magistrate Coody, entered an order which addressed
issues of law as to Petitioners docketed § 2241 Petitions;

2) Magistrate Coody, stated that :"Despite [petitioners] argument to the
contrary, applicable federal law directs that the petition[s] should be
construed as a motion to vacate, set aside, or correct sentence[s] under 28
U.S.C. § 2255."

3) Magistrate Coody is both factually and legally incorrect as to his
line of legal direction(argument?), on multiple points of law:
Accordingly in Castro v United States, the Court held that "construing"
was not advised, "(a) because of risk involved, a pleading never ought to be
recharacterized a § 2255 motion......."

further relying on § 2255(a) this court does NOT hold jurisdiction to
"construe" a § 2241 (Habeas Corpus); this court is NOT the "sentencing
court(s); Congressional intent as to a jurisdictional grant is clear:
"A prisoner....may move the court which imposed the sentence to vacate,
set aside, or correct the sentence......"

this forum is NOT the "sentencing court" forum; this is the "illegal
detention" forum, of which § 2241 applies and gives jurisdiction to this
court.

--1--

In furtherance, Petitioner(s) remind the court that the fact of record evidence shows the "sentencing court(s)" were not "established by Act of Congress....." and as such, Petitioners sole remedy lies with this court under § 2241. (see Exhibit A of Amended Petition)

Congress requires a Habeas Corpus to be authorized; "An application for a writ of Habeas corpus in behalf of a prisoner who is authorized to apply for relief by motion pursuant to this section....." (§ 2255)

Petitioner(s) are NOT authorized to apply for "Habeas corpus" under § 2255 due to the "sentencing court(s)" lack of Article III, Federal Judicial Powers; having never been "duly ordained or established" by way of a record "Act of Congress", then a § 2255 motion is "inadequate and ineffective" to test the legality of his[their] detention[s]......" (§ 2255)

Lacking in available/legal remedy thru the "sentencing court(s)" "established by an Act of Congress"....this court thereby offers the only available lawful forum to test the legality of Petitioner(s) detention(s).

In summary of Paragraph 3):

(A) this court does not have congressional authority to adjudicate a "2255 motion"; this court was not the sentencing court(s) for the Petitioner(s), therfore this court holds no Jurisdiction over a § 2255 relief;

(B) further, even if this court did "sentence" the Petitioners (which it did not), the Supreme Court states clearly "Constuing" "pleadings ought not to recharaterized.."(Castro)

(C) the erronious "sentencing court(s)" were never Constitutionally "ordained or established" as mandated by the Constitutional grants under Article 1, sec 7 cla 2 (Bicameralism) or Article III sec 2; Federal Judicial powers over Cirminal process, do not exist in the "sentence court(s)";

(D) the Petitioners are NOT authorized to file for relief with a "Court" which was never lawfully extended Article III Judicial powers, as they have never "been established by Act of Congress...."(Art. III US Const.)

--2--

(E) lacking access to a Congressionally legislated Federal Criminal Court of law, leaves petitioners with only (1) avenue/forum for relief; § 2241 in this court for the purpose of testing the legality of their detentions;

4) Accordingly, a judicial officers first due is to **"uphold the Constitution"**(Screws v United States 325 US 91, 129-139) in support of this, Article VI of the U.S. Constitution states:

**"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof.....shall be the Supreme Law of the Land;"**

additionally:

this courts **"Judicial officers of the United States, shall be bound by Oath or Affirmation, to support this Constitution;"**

However, and sadly, if the court relies on Magistrate Coodys directions, Petitioner(s) Constitutional rights will be abrogated:

**"The writ of Habeas Corpus shall not be suspended....."**(Art. I, sec 9 Cl 2)

Magistrate Coodys advisory would effectively abrogate Petitioners rights to Habeas Corpus; this would not comport with the holding in MIRANDA v ARIZONA...." **"When dealing with Constitutional protections, any legislation or rule of which abrogates a constitutional right, is VOID."**

Magistrate Coodys "construct" would do just that;(should this court apply it)

5) In Title 50 U.S.C. § 841, Congress clearly identifies such behaviors:
**"Unlike political parties, the Communist Party acknowledges no Constitutional or statutory limitations upon its conduct or upon that of its members."**

most recently, Vice President Pence stated the following 4 October 2018:

**"The Chinese Communist Party is rewarding or coercing businesses, movie studios, universities, think tanks, scholars, journalists, and local state and federal officials.""**

--3--

in Plain English, Magistrate Coodys recommendations put him in the aformentioned behaviors category; knowingly or otherwise.

This would be a perilous path for this court.

Accordingly, Petitioners Respectfully OBJECT to all of the aforemnetioned errors in law being recommended(ORDERED) by Magistrate Coody.

Petittioners request this court enter these OBJECTIONS for the appeals records , and Rulc on such OBJECTIONS.

In closing, this is IN NO WAY to be DEEMED Petitioners "RESPONSES" to the ORDER in question.

Submitted this 20th day of October 2018

Frank Edwin Pate

Thomas Bowman

David Webb

Kevin Fusco

--4--

Pate, Frank 50430408
Maxwell AFB FPC
Montgomery, AL 36112

MONTGOMERY AL 360

22 OCT 2018 PM 4 L



US District Court
1 Church St. Suite B-110
Montgomery, AL
36104-
4018

36104-401801