IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN FUSCO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:18-CV-839-MHT |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Petitioner's Motion for Hearing (Doc. # 13) is DENIED.

DONE this 9th day of November, 2018.

                                                /s/ Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE